# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES JOSEPH GILDAY,
                                    Appellant,
                    vs.
THE STATE OF NEVADA,
                                    Respondent.

No. 73739

**FILED**

SEP 22 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction and an order for revocation of probation and amended judgment of conviction. Eighth Judicial District Court, Clark County; Kerry Louise Earley, Judge.

Appellant has filed a motion for a voluntary dismissal of this appeal. Cause appearing, the motion is granted. NRAP 42(b).[1] Accordingly, we

ORDER this appeal DISMISSED.[2]

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a postconviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

[2]In light of this order, we vacate the order entered on September 15, 2017.

17-32128

cc: Hon. Kerry Louise Earley, District Judge
James Joseph Gilday
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A